JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMONA TANASESCU,<br><br>        Plaintiff,<br><br>  v.<br><br>THE STATE BAR<br>OF CALIFORNIA, et al.,<br><br>        Defendants. | NO. SACV 11-00700-CJC (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   April 19, 2012  .

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE